Quentel Reed 17257-111
Federal Correctional Institution
3600 Guard Road
Lompoc Ca, 93436

Legal mail

Legal mail

United States District Court
Northern District of California
1301 Clay Street
Oakland Ca, 94612

94612385200

