DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHAEL A. RODRIGUEZ (NYBN 4938262)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   FAX: (510) 637-3724
   Michael.Rodriguez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>QUENTEL REED,<br><br>   Defendant. | CASE NO. CR 12-161 YGR<br><br>ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO FILE EXHIBIT A OF THE SUPPLEMENTAL DECLARATION OF MICHAEL A. RODRIGUEZ UNDER SEAL |

Upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the United States' Administrative Motion to Seal is GRANTED. Exhibit A of the Supplemental Declaration of Assistant United States Attorney Michael A. Rodriguez shall be filed under seal.

**IT IS SO ORDERED.**

Dated: __June 3, 2020__

                                              HON. YVONNE GONZALEZ ROGERS
                                              United States District Judge