**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br>     Plaintiff, <br>   v. <br> **QUENTEL REED,** <br>     Defendant. | Case No.: 12-CR-161 YGR <br><br> **ORDER GRANTING EMERGENCY MOTION FOR COMPASSIONATE RELEASE AND CONDITIONS OF RELEASE** <br><br> DKT. NO. 43, 45 |

For the reasons stated in this Court's Interim Order Re: Emergency Motion for Compassionate Release issued June 13, 2020, (Dkt. No. 64), the Court **GRANTS** the motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(a) and **ORDERS** as follows[1]:

    1.    Reed's sentence of imprisonment is modified to time served and he is ordered to be released immediately. The Court directs the Bureau of Prisons ("BOP") to commence immediately the process of releasing Reed from custody, and the United States Attorney's Office and United States Probation Office are directed to take all steps communicate and facilitate Reed's immediate release.

    2.    Reed shall serve a supervised release term of five (5) years commencing upon his release. Reed shall be subject to a special condition of home confinement at 1233 Club Drive, El Sobrante, CA 94803 **through January 31, 2021**.

        a.    following his release, Reed shall be transported directly to the El Sobrante, CA residence;

        b.    commencing at the time of his arrival at the El Sobrante, CA residence, Reed must self-quarantine at the residence for a period of fourteen (14) days;

---

[1] The Government was given an opportunity to respond to defendant's plan of release and has indicated that it stands on its prior objections to defendant's release and proposed conditions.

      c. within 72 hours of release from custody, Reed shall contact the U.S. Probation office to begin the reentry process;

      d. at all times, Reed shall comply with the conditions of release and supervision set forth in the Judgment (Dkt. No. 24).

3. During the period of home confinement Reed shall be subject to the following conditions:

      a. He shall be monitored by location monitoring technology at the discretion of the probation officer to verify Reed's compliance with home detention while on the program. Location monitoring fees are waived.

      b. He shall remain at the El Sobrante residence at all times except for activities necessary for home care assistance of Sheila Johnson-Reed through the In-Home Supportive Services program (IHSS); other employment; education; religious services; medical appointments; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities, all of which must be approved in advance by the U.S. Probation Office.

5. The Government shall serve a copy of this order on the Warden at FCC Lompoc forthwith.

**IT IS SO ORDERED**.

Date: June 15, 2020

                                         _____
                                         **YVONNE GONZALEZ ROGERS**
                                         **UNITED STATES DISTRICT COURT JUDGE**

**CC: USM; PROBATION**