FILED

Feb 02 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JODI LINKER
Federal Public Defender
Northern District of California
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Jerome_Matthews@fd.org

Counsel Specially Appearing for Defendant Reed

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>QUENTEL REED,<br><br>  Defendant. | Case No.: CR 12–161 YGR[DMR]<br><br>**RELEASE ORDER**<br><br>Court:    Courtroom 6, 2nd Floor |

Good cause appearing therefor,

IT IS ORDERED that the U.S. Marshals release defendant Quentel Reed from custody forthwith. Mr Reed shall contact United States Probation Officer Bobby Love immediately upon release and, further, shall abide by all existing conditions of his release and any directions that Probation Officer Love deems appropriate.

Dated: February 2, 2023

_____
HON. DONNA M. RYU
United States Magistrate Judge